UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STEPHANIE HERNANDEZ, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:18-cv-319-RP |
| | § | |
| CLEARWATER TRANSPORTATION, LTD | § | |
| | § | |
| Defendant. | | |

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL

On this day, the Court considered Plaintiff's Motion to Compel Discovery. After reviewing the Motion, Defendant's Response, and any replies, the Court finds the Motion is without merit. It is therefore, **ORDERED** that Plaintiff's Motion to Compel Discovery is **DENIED** in its entirety.

It is further **ORDERED** that Defendant is to recover its costs, including attorneys' fees, from Plaintiff which were incurred in responding to Plaintiff's Motion to Compel Discovery.

SIGNED this _____ day of _____, 2020.

_____
HONORABLE UNITED STATES DISTRICT JUDGE