# Exhibit "1"

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STEPHANIE HERNANDEZ, | § | |
| Plaintiff, | § | CIVIL ACTION NO. 1:18-CV-319-RP |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| CLEARWATER TRANSPORTATION, | § | |
| LTD., | § | |
| Defendant. | § | |

# **ORDER GRANTING PLAINTIFF'S MOTION**
# **FOR PARTIAL SUMMARY JUDGEMENT**

On this day, the Court considered the Plaintiff's Motion for Partial Summary Judgment. After considering the motion, the response, and the reply, if any, the Court finds that the Motion should be GRANTED in its entirety. It is, therefore,

ORDERED that Plaintiff's Motion for Partial Summary Judgment is hereby GRANTED. SIGNED this _____ day of __, 2021.


_____
THE HONORABLE ROBERT PITMAN
UNITED STATES DISTRICT JUDGE