# Exhibit "2"

```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE WESTERN DISTRICT OF TEXAS
 2                          AUSTIN DIVISION
 3   STEPHANIE HERNANDEZ,        }
              Plaintiff,         }
 4                               }
     VS.                         }   Civil Action No.
 5                               }   1:18-CV-00319-RP
     CLEARWATER TRANSPORTATION,  }
 6   LTD,                        }
              Defendant.         }
 7
 8
 9
     ************************************************************
10
                            ORAL DEPOSITION OF
11
                           STEPHANIE HERNANDEZ
12
                            NOVEMBER 13, 2020
13
                            (Reported Remotely)
14
     ************************************************************
15
16
17
18         ORAL DEPOSITION of STEPHANIE HERNANDEZ, produced
19   as a witness at the instance of the Defendant, and duly
20   sworn, was taken in the above-styled and numbered cause
21   on the 13th of November, 2020, from 9:59 a.m. to 1:37
22   p.m., before Tracie L. Carbajal, CSR, by machine
23   shorthand via Zoom, pursuant to the Federal Rules of
24   Civil Procedure and the provisions stated on the record
25   or attached hereto.
```

Page 1

**Page 10**

1  A. No.
2  Q. Do you know if he was terminated from Clearwater
3  Transportation for failing to show up to work for
4  several days?
5  A. That's what was the perception, but I didn't --
6  there were two different sides of the story, so I didn't
7  really know or ask because I was still working at that
8  time.
9  Q. Okay. I want to ask you more about your
10 employment at Clearwater Transportation. So when did
11 you begin working for Clearwater Transportation?
12 A. In the year of 2014. The specific month, I
13 don't -- I don't recall.
14 Q. That's fine. How did you find out about -- oh,
15 let me take that back. What position did you apply for
16 in 2014 at Clearwater Transportation?
17 A. The counter rep., CSR. It's customer service
18 rep.
19 Q. And how did you find out about the position?
20 A. I actually worked for the same company except for
21 it was Corporate in Des Moines, Iowa where I moved from
22 for two years, and I'd seen that they had an open
23 position, so I had applied.
24 Q. And what brought you from Iowa down to Texas?
25 A. My sister is actually military. We came from

**Page 11**

1  Alaska, actually. I moved up there with her, and then
2  she got relocated here to Killeen/Fort Hood, and I
3  just -- it wasn't a good area for me to work for. It
4  was, like, a more military town, so I just came to
5  Austin.
6  Q. Okay. Do you know if Clearwater Transportation
7  is still in operation as of today?
8  A. No, I don't.
9  Q. Do you know if Clearwater Transportation filed
10 for bankruptcy within the last two years?
11 A. From what I've heard, yes.
12 Q. So when you started working for -- and can we
13 just -- just so it's shorter, can we agree that when I
14 say "Clearwater," that we -- it means Clearwater
15 Transportation, so we're not --
16 A. (Witness nods head up and down.)
17 Q. Okay, good. So when you started working at
18 Clearwater as a counter rep., did your -- did you ever
19 apply or get a promotion during your employment at
20 Clearwater?
21 A. Oh, yes.
22 Q. Do you remember when?
23 A. January of 2017.
24 Q. And what was your -- what was the job title for
25 the promotion?

**Page 12**

1  A. To -- for me, my understanding, it was the sales
2  manager. Operations manager, I guess.
3  Q. So other than being a counter rep. and a sales
4  manager, did you ever have any other jobs while you
5  worked at Clearwater?
6  A. No, ma'am.
7  Q. And when you initially started working at
8  Clearwater in 2014, who was your supervisor?
9  A. Matt Rincon.
10 Q. And I believe we talked earlier that he left
11 Clearwater at some point. Who became your supervisor
12 after Matt left?
13 A. Danny Owens.
14 Q. And during your employment with Clearwater, did
15 you have any other supervisors?
16 A. Besides Monty, no.
17 Q. Is that Monty Merrill?
18 A. Yeah.
19 Q. So as a sales, I think, manager operations is
20 kind of what you called it, can you describe to me what
21 exactly that job entailed?
22 A. So I had to do our daily reports. We had
23 morning -- Monday morning meetings, kind of set us up
24 for the week, and then I did the game plan. I also did
25 the hiring process -- the interview and hiring process.

**Page 13**

1  I overlooked the counter training, making sure our
2  counter was up to training and meeting our -- our
3  monthly goals. I would also help with the outside
4  cleaning cars, having cars ready. If needed, I would go
5  wash the cars to do a quick turnaround sometimes. That
6  was pretty much it.
7  Q. Okay. And then how would your -- so -- okay. So
8  tell me about being a counter rep. What -- what duties
9  did your job entail for that position?
10 A. As a counter rep.?
11 Q. Yes.
12 A. So we would have reservations set up for the day.
13 We would have like a -- it's like a sheet, and it just
14 told you what your reservations were for the day. And
15 then just basically, you know, knowing what you have on
16 the lot. We had to meet a quota every month, a monthly
17 quota for the company to -- to be able to get
18 commission, and then also for customer service, and I
19 exceed. I would basically max out every month on both
20 of those.
21 Q. What do you mean by "max out"?
22 A. So there's a commission sheet where you get so
23 much percentage for however -- there's a monthly yield
24 that you get every month, and based off of your yield
25 will go off of the commission sheet, and you get a

**Page 22**

1  reports done or, like, the daily reports done in time
2  for the morning.  Throwing up, running back and forth
3  from the bathroom back to the office and trying to, you
4  know, get myself together to do these tasks.
5     Q.  And I think you previously testified that those
6  symptoms continued until December of 2017; is that
7  correct?
8     A.  Yes.
9     Q.  So where did you work prior to Clearwater?
10    A.  The same -- Dollar Thrifty, the same company.  It
11 was just a corporate location in Des Moines, Iowa, but I
12 had a -- are you talking about, like, in Texas or --
13    Q.  Just prior to working at Clearwater.
14    A.  So when I first moved down here, I was an office
15 manager for an apartment complex, and I did that before
16 I started -- for maybe, like, a month or so, a little
17 bit over a month before I started at Clearwater.  Sorry.
18    Q.  Why did you decide to leave that job as office
19 manager?
20    A.  I'd seen that they had an opening at that time.
21    Q.  And when you say "they," do you mean Clearwater?
22    A.  Right.  Yes, ma'am.
23    Q.  Okay.  And do you remember the month and year of
24 when you were laid off at Clearwater?
25    A.  Yeah, June of 2017.

**Page 23**

1     Q.  And since June 2017, have you worked anywhere
2  else?
3     A.  Just at home.
4     Q.  And what do you mean by "just at home"?
5     A.  I opened up a daycare, a home daycare.
6     Q.  Do you know when you opened up the home daycare?
7     A.  July of 2018, I believe.  Don't quote me.  I know
8  it was 2018.  I believe it was July of 2018.
9     Q.  And are you still operating the home daycare as
10 of today?
11    A.  Yes, ma'am.
12    Q.  And between June of 2017 and July of 2018, did
13 you apply to work -- did you apply for any jobs?
14    A.  Yes, I did.
15    Q.  And what jobs did you apply for?
16    A.  I don't recall all of them, but I posted my
17 resume on Indeed and another one of those websites where
18 you can post your resume.  But from June, July, August
19 until I started showing, I was applying very frequently
20 for, like, manager positions or something similar to the
21 job that I was already doing.  Like, I tried to go to a
22 different company for rental cars, and I just couldn't
23 get passed the first stage -- the first interview stage.
24    Q.  Did you have any interviews from any employers?
25    A.  Yes, I did have a few.  It would just be, like, a

**Page 24**

1  call -- a phone call interview, and they would just be,
2  like, "Okay.  Well, we have other ones we have to
3  interview.  We'll call you if you're selected," and I
4  didn't hear anything back.
5     Q.  Okay.  And after -- did you apply for any jobs
6  after August of 2017?
7     A.  Yes, I continued to apply.  Mostly, it would be,
8  like -- like, not in-person jobs.  Like, maybe
9  stay-at-home jobs because I just felt if people seen me
10 pregnant -- huge and pregnant, I just feel like they
11 wouldn't want to hire me.  But I still had my resume,
12 like, on Indeed and those other websites and didn't
13 really hear anything.  Or, like, if somebody did reach
14 out, it wasn't enough money for me to go to work and
15 having to have a child in daycare, so it just wasn't
16 enough money for me to take that job.
17    Q.  Okay.  Were you ever offered a job between June
18 of 2017 and July of 2018?
19    A.  I don't believe so, no.
20    Q.  And then between June of 2017 and July of 2018,
21 was there ever a time in which you did not apply for any
22 jobs?
23    A.  No.
24    Q.  Okay.  So is it your testimony that throughout
25 that time period, you were continuously applying for

**Page 25**

1  jobs and looking for another job?
2     A.  Yes.
3     Q.  Okay.  And as to your current home daycare
4  employment, how do you accept -- what are your forms of
5  payment that you accept from clients?
6     A.  Just cash, usually.  Here and there -- like, if
7  it's a drop-in or if they're -- if I know they're coming
8  for, like, two weeks, sometimes a parent will do a
9  check; otherwise, it's just cash.
10    Q.  Okay.  So you don't accept any, like, Venmo or
11 Zelle or Cash App, like that?
12    A.  No, I don't.
13    Q.  Did you obtain a license from any governmental
14 entity to operate your home daycare?
15    A.  Yeah, in July.
16    Q.  Is that July of this year or --
17    A.  2018.  Excuse me.
18    Q.  2018, okay.
19    A.  Yes, ma'am.
20    Q.  Okay.  And, then, do you currently still have a
21 license from a governmental entity to operate the
22 daycare?
23    A.  No.
24    Q.  And why not?
25    A.  I went from being, like, a full-time daycare and

```
 1  occurred?
 2    A.  No, I don't.
 3    Q.  But would it -- can you -- obviously, it would
 4  have been after you were laid off; is that correct?
 5    A.  I don't know.  Yeah, I would -- I would assume.
 6    Q.  Okay.  And then if we go down to the next
 7  sentence where it has, "Because my dad told me his
 8  construction is hiring for office manager, $17 plus
 9  benefits, but I can't do it."  Do you see where it says
10  that?
11    A.  Uh-huh.
12    Q.  So was your dad hiring for an office manager for
13  his construction business?
14    A.  Yeah.  I think his company was at the time.
15    Q.  And when you say "at the time," was that around
16  June of 2017?
17    A.  I don't know the specific date.  I couldn't tell
18  you that.
19    Q.  Was it around -- do you know if it was around the
20  time you were laid off?
21    A.  It would probably have to be, yeah.  Yeah.
22    Q.  Do you see where if says, "But I can't do it"?
23  Do you see where it says that?
24    A.  Yes.
25    Q.  Why did you tell Shelby that you could not do it?
                                                    Page 54
```

```
 1  letter, you told her that -- or made a comment to the
 2  extent of, "Well, it's because I'm pregnant;" is that
 3  correct?
 4    A.  Yeah.
 5    Q.  And why did you make that statement?
 6    A.  Because that's how I felt.
 7    Q.  And why did you feel that they were laying you
 8  off because you were pregnant?
 9    A.  Because I just felt like because I was missing a
10  lot of work at that time, and I was on a salary pay, so
11  there wouldn't be any other reason.  Like, I -- I wasn't
12  in trouble.  I just got promoted.  You know, I was doing
13  good in the company.  Like, what -- there wouldn't have
14  been no other reason.
15        Then for them not to let me go back to the
16  counter.  Like, why couldn't I go back to the counter or
17  any other position that you-guys were hiring for?  Why
18  couldn't I go to another position, and it was just,
19  like -- they were, like, stuttering, "Well, no."  And
20  then, like, Danny would, like, try to step in to,
21  like -- and it just wouldn't make sense to me.
22        And I was just, like, "It's because I'm pregnant.
23  It's because I'm sick and I can't physically be here,
24  and you're punishing me because of that."  She was,
25  like, "No."  And she didn't say anything about the
                                                    Page 56
```

```
 1  You couldn't -- you couldn't be the office manager or --
 2    A.  No.  I just -- I don't have a great relationship
 3  with my dad, so I just -- I didn't want to be around
 4  him.  "I can't do it," meaning, like, I can't be around
 5  him.
 6    Q.  Okay.  Got'cha.  I wasn't sure if it meant, like,
 7  you couldn't physically do the job.
 8    A.  I can't deal with it.  Like, I can't be around
 9  him.  He's not a main factor in my life.
10    Q.  Do you know the name of his construction company?
11    A.  No, I don't.
12    Q.  How do you know that his construction company was
13  hiring for an office manager?
14    A.  My sister had told him that I had got laid off,
15  because when I was living in Alaska, I worked for a
16  construction company, and he had relayed that message to
17  my sister.
18    Q.  Did your dad ever offer you the job as office
19  manager at his construction company?
20    A.  No.  It wasn't his company.  It was just a
21  company he worked for.  He didn't have, like, the
22  authority to hire me or anything.
23    Q.  Got it, okay.  Let's go to the next -- before we
24  do that, previously, you testified that when you were
25  speaking with Renee, when you were provided the layoff
                                                    Page 55
```

```
 1  company, you know, going down or anything about the
 2  company, nothing.  She couldn't explain why.  She was
 3  just, like, "No, honey, that's not it," and I -- she
 4  couldn't -- it was just like a stuttering.  "Well" --
 5  and then Danny had to step in.
 6        Like, I just didn't understand.  I didn't
 7  understand.  I didn't do anything wrong.  Like, I was
 8  doing what I was supposed to do.  I was just not -- I
 9  wasn't able to come to work, you know, or stay at work
10  very long.
11    Q.  Okay.  And that kind of takes me into my -- what
12  I want to talk about next, is kind of when you found out
13  you were pregnant and, you know, symptoms and whatnot.
14  So from what you recall, when did you first find out you
15  were pregnant?
16    A.  It was, like, the end of May.  Yes, it was the
17  end of May.  I was sick, like, before then, and I would
18  let Danny know.  You know, I would just go to the
19  office, and I would tell him, "Man, I'm not feeling
20  good.  I'm throwing up."  You know, I wasn't throwing up
21  as, but, like, here and there, you know.  And I would
22  tell him, "Man I just got done being sick."  He was,
23  like, "Are you all right," and, honestly, I thought it
24  was stomach cancer.  When I was, like, 18, I had stomach
25  cancer, and I thought maybe, like -- I never thought I
                                                    Page 57
```

15 (Pages 54 - 57)

```
 1  was pregnant.  I never did think I was pregnant.
 2      Like, we wasn't trying, you know, nothing.  That
 3  didn't even come to my mind.  I just thought I was,
 4  like, sick.  I had these headaches, and I kind of
 5  expressed it to him here and there.  And then I told
 6  him, I was, like, "You know, I'm going to make a
 7  doctor's visit," and he said, "Okay.  Just let me know
 8  how it goes."  "Okay."  And then I found out, like, the
 9  end of May, and I was, like -- I didn't know what to do.
10  It was, like, "You're having twins and you're pregnant."
11  I was, like, "What?  Are you kidding me?"  So it was
12  like good news.  You know, it was kind of exciting.
13  Like, I never thought I was going to have twins, and
14  then, yeah, that's when I found out the end of May.  It
15  was, like, the end of May.
16      Q.  Did you ever tell anyone at Clearwater that you
17  were pregnant after you found out?
18      A.  I told Shelby first because I was scared -- I was
19  scared to tell the company, so I was trying to ask her
20  for advice on -- on how or, like, what is the steps she
21  thinks I should take.  I was just trying to get advice.
22      Q.  And what advice did she give you to?
23      A.  She was just, like, "You need to tell them.  You
24  know, I would just tell them."  She's, like, "Just, you
25  know, take a deep breath and just -- you're going to
```
Page 58

```
 1  have to let them know."  And I said, "Yeah, but, you
 2  know, what if they don't like that, you know?"  Like, I
 3  don't know.  I was just thinking of a whole bunch of
 4  things, and she was, like, "You know, call HR and see
 5  what your options would be, you know, like how -- they
 6  would give you better advice than what I could give you,
 7  you know," and I said, "Okay," so that's when I called
 8  HR.
 9      Q.  Who did you call at HR?
10      A.  I don't remember her name.  Kristen or --
11      Q.  Crystal, does that name --
12      A.  I think Kristen, uh-huh.
13      Q.  And the person that you called at HR, do you know
14  if they worked for Clearwater?
15      A.  Yeah.  She was, like, our HR.  She would, like,
16  come and do, like, classes, I guess you could say, like,
17  to inform our employees, like, this is what you can sign
18  up for.  This is our insurance.  You know, she -- she
19  was like our lady that would come to the company --
20      Q.  Okay.
21      A.  -- frequently.
22      Q.  So did you call HR?
23      A.  Yeah.
24      Q.  Okay.  And what all did you discuss with HR?
25      A.  Just -- I just told her I was pregnant, and I
```
Page 59

```
 1  told her I was, you know, getting sick a lot and I was
 2  scared to tell the company.  And, I mean, she just
 3  basically told me everything will be fine.  "Like, they
 4  can't do anything to you.  There's nothing that they can
 5  do to you.  You know, women get pregnant.  That's just
 6  what women do."  She kind of, like, calmed me down a lot
 7  and made me feel better, you know, about letting them
 8  know because I really was scared to tell them.  I don't
 9  know why.  I was just -- you know, I just got a
10  position.  I didn't want them to be upset with me, you
11  know.  So she kind of, like, just made me feel better.
12  She's, like, "You know, they can't do anything to you,
13  you know.  Like, they would have to accommodate and they
14  would have to, you know, basically, you know, work with
15  you and congratulations," basically.  So it wasn't -- it
16  wasn't like a very long conversation at all.
17      Q.  Do you remember the timeframe when you spoke to
18  the lady in HR?
19      A.  No.  It was right after -- it was probably the
20  beginning of June.  The very, very beginning of June.
21      Q.  Is that June of 2017?
22      A.  Yes ma'am.
23      Q.  Okay.  And then -- so who is the first person --
24  or let me -- who did you notify at Clearwater that you
25  were pregnant, other than the HR lady?
```
Page 60

```
 1      A.  I told Danny.
 2      Q.  And that's Danny Owens?
 3      A.  Uh-huh.
 4      Q.  And when did you tell Danny that you were
 5  pregnant?
 6      A.  Right after I spoke with HR, like, that day.
 7  That -- I spoke to HR, I believe, that morning, and then
 8  after lunch I just kind of went for it.
 9      Q.  And did you tell him in person?
10      A.  Yes, at his office.
11      Q.  And did he say anything in response to you?
12      A.  No.  He was just, like, "Oh, good.
13  Congratulations.  Now, you know why you're sick,"
14  basically.  And, I mean, that was it, kind of.  I was
15  just like, whew, you know, like -- like, my chest was
16  lifted up, like, okay, that was easy, you know.  I
17  thought he was going to be, like, "Why did you get
18  pregnant," or I don't know.  I was just, like, oh, okay.
19  That was easy, so --
20      Q.  Did you tell anybody else that worked at
21  Clearwater that you were pregnant?
22      A.  Eventually, I ended up telling -- I don't know if
23  he told Renee first and -- Danny, but I wanted to tell
24  them myself also.  So Renee came that Thursday.  I
25  believe it was a Thursday of the first week of June of
```
Page 61

### Page 62

```
 1  2017. She always comes on Thursdays, and I told her
 2  over the phone. I told her on the phone because I
 3  didn't see her in the office ever.
 4     Q. And then did you ever tell Monty that you were
 5  pregnant?
 6     A. Yeah. That following Monday -- because we have
 7  our Monday morning meetings with just the managers, so
 8  after our meeting, I just said, "Hey, can I give you a
 9  call," and he was, like, "Yeah. Sure," and I called him
10  and told him.
11     Q. And when you spoke with Renee on the phone about
12  your pregnancy, what did she -- what all did you
13  discuss?
14     A. I just was telling her, you know, I was just sick
15  all the time and, you know, I found out I was having
16  twins, and I'm sorry. She was, like, "Don't apologize.
17  We're women. You know, that's how women are. It's
18  fine. You'll be okay." She's, like, "Are you okay?" I
19  said, "Yes, I'm fine. I just don't want you-guys to be
20  upset," she was, like, "No, we're not upset. You know,
21  just take care of yourself. We love you here. You're
22  doing an awesome job."
23         Just basically uplifted me because I was really
24  upset, you know, and I was just telling her, "You know,
25  I'm sorry. Like, I'm sick a lot, but I'm doing the best
```

### Page 63

```
 1  that I can. You know, just please forgive me. You
 2  know, I'll do what I can," and then just things like
 3  that. I mean, it was -- to me, I thought it was a good
 4  conversation. Like, it was not anything negative. It
 5  was not -- she really uplifted me, like, you know -- she
 6  was really, like, powerful in our company, so I always
 7  looked up to her because, you know, they're always,
 8  like, you're a woman in a man's world. Do you know what
 9  I mean? And I always looked up to her because she
10  took -- she was very strong, you know, and she didn't
11  let the guys tell her what to do.
12         She was -- you know, she took pride in her job,
13  and I've always looked up to her. So when she uplifted
14  me, it made me feel good about myself, you know. I was,
15  like, okay, she understands. She's a woman. She
16  understands, you know. Like, we are the ones that have
17  to carry the baby, you know, and men don't. So, yeah,
18  she really uplifted me that day.
19     Q. Awesome. Tell me about your conversation that
20  you had that next Monday with Monty. What all did you
21  discuss?
22         MR. KAPLAN: I just noticed the clock.
23  Stef, do you you need to take a break at some point
24  soon? I noticed we're passed noon. Is it okay?
25         THE WITNESS: Yeah. No. She got it.
```

### Page 64

```
 1         MR. KAPLAN: Okay. Sorry to interrupt.
 2         THE WITNESS: Yeah.
 3     A. I just basically told him the same thing. You
 4  know, "Hey, I'm pregnant." He was, like, "Okay," and he
 5  was, like, "So what does that mean?" I was, like, "I'm
 6  okay. You know, I can come to work. You know, I feel
 7  sick a lot. I'm feeling sick a lot, you know. I'm
 8  throwing up a lot. I don't feel very well, and -- but
 9  I'm doing the best that I can," because I was missing a
10  lot of work, too, at that time.
11         So I was, like, you know -- he was, like, "Okay."
12  I was, like, "You know, I was just wondering, like,
13  maybe I can work from home or" -- I was just throwing
14  options out there, you know, like, maybe I can work
15  from home. He was, like, "No, you wouldn't be able to
16  do that." I was, like, "I can do the reports at home.
17  I can do the game plan. I have a work phone. If
18  somebody needs to talk to a manager, I can just log in
19  real quick and fix things, you know," and he was, like,
20  "No."
21         And I said, "Or, you know, maybe I can go to
22  hourly. You know, just pay me for the hours that I can
23  be at work" because, you know, sometimes I would leave
24  early because I wasn't feeling very well or, like, I
25  would be super late to work because I'm just, like,
```

### Page 65

```
 1  literally -- like, literally, I'm pulling over throwing
 2  up on the side of the highway, like, literally all over
 3  my clothes. I have to go back home and change and then
 4  go to work, so I was, like, "You know, you could just
 5  pay me for the hours, you know, or I can do part-time."
 6  And he was, like, "No. You know, we'll think of
 7  something, and I'll get back to you." And I was, like,
 8  okay. And then I came into work on that, what,
 9  Thursday, I think it was, and I got laid off.
10     Q. So -- and correct me if I'm wrong. You had --
11  you had a phone call with Renee on a Thursday at the
12  beginning of June of 2017?
13     A. It was, like, a Wednesday, Thursday, yeah.
14     Q. Okay. And then that following Monday, called
15  Monty to let him know you were pregnant?
16     A. Yeah. I think he probably already knew, but I
17  was in the hospital that night, Wednesday, Thursday and
18  Friday at the hospital. I was in the hospital, and they
19  excused me the next couple of days because I was
20  diagnosed with hyperemesis, which is, like, a severe
21  morning sickness that women can get,, and it only
22  happens in, like, two percent, three percent of women,
23  and unfortunately -- because I've already had a
24  pregnancy, my ten-year-old, and I never was sick.
25         It was like a great pregnancy, so when I had got
```

### Page 66

1  diagnosed, he excused me the next couple of days because
2  I had to go back to keep getting fluids.  So I had
3  texted Renee and let her know on that -- I believe it
4  was, like, that Thursday -- because I got out of the
5  hospital Wednesday night, and I texted her that
6  Thursday, and I said, "Hey, they diagnosed me with
7  hyperemesis.  You know, I'm super sick.  They gave me
8  some fluids, but they did excuse me the next couple of
9  days.  You know, I'll see you-guys Monday," basically.
10      All she said was, "Okay."  She didn't even reach
11  out.  That's what I thought was kind of weird because
12  she didn't say, "Are you okay?  Is everything okay, you
13  know," or -- you know, nothing.  She just said okay.
14  Okay.  Then I came to work Monday, and that's when I
15  spoke to Danny (sic) on that Monday after that call.
16     Q.  You mean Monty?
17     A.  Oh, sorry, Monty.
18     Q.  That's fine.  Okay.  And then -- so that was on
19  Monday you talked to Monty and told him you were
20  pregnant, and then was it that same -- later in the week
21  that you received the letter --
22     A.  Yes.
23     Q.  -- letting you know you were being laid off?
24     A.  Yes.
25     Q.  Okay.  Do you know if -- in June of 2017, if

### Page 67

1  Clearwater had any employees that were working from
2  home?
3     A.  No, I do not.  They were not.
4     Q.  Okay.  And then --
5     A.  Like, Renee could work from wherever because she
6  had her little laptop, so, I mean, that's why I had
7  suggested it because I didn't think it was -- I had my
8  own laptop, so that's why I had offered if I could just
9  work from home.
10    Q.  Okay.  Do you know what Renee's job title was at
11 Clearwater?
12    A.  No, I don't.  I know she was the big boss lady.
13    Q.  I like that title.
14    A.  Yes.
15    Q.  So -- and correct me if I'm wrong.  At no point
16 did you go from -- to hourly from salary, is that
17 correct, in 2017?
18    A.  From salary to hourly?
19    Q.  Correct.
20    A.  No.  I started from hourly to salary -- when I
21 was an account agent, I was hourly and commission, and
22 then when I became a manager, I was salary plus
23 commission, but I never got any commission.  And then I
24 had offered if I could go hourly, and he said no.
25    Q.  Would you have made less money if you went hourly

### Page 68

1  as opposed to being salary in June of 2017?
2     A.  I would say probably, yeah, because -- I don't
3  know.  I never got the commission, so I didn't know how
4  the commission would have played out, but, I mean, yeah,
5  it would probably definitely have been less.  It would
6  have been less.
7     Q.  Tell me about the commission that you said wasn't
8  paid out.  How was the commission determined?
9     A.  Well, with that spreadsheet that you had from
10 earlier from the exhibit, I had to come up with my own
11 commission.  And he said I wouldn't receive commission
12 the first 30 days because he wanted to see how -- you
13 know, if I was even doing the job right first.  And then
14 when I was, he was, like, "Okay.  You know, let's talk
15 about commission," because I brought it up because I
16 was, like, okay, why is he not bringing it up, you know.
17 So I had brought it up, and he was, like, "Come up with
18 your own commission."  I said, "Okay."  And I've never
19 done that before, so that's why I was trying to figure
20 it out.  And then I had E-mailed him what I thought, you
21 know, was comparable or was okay for commission, and
22 he -- I don't think he liked it.  He was, like, "I think
23 you need to work on it a little bit more," and I said
24 okay.  So I continued to work on it, and we just never
25 had that conversation again about the commission.

### Page 69

1     Q.  Okay.  So is it correct that you-all never came
2  to an agreement as to your commission plan once you
3  became the sales manager?
4     A.  Right.
5     Q.  Okay.
6     A.  It was said that I would get commission; we just
7  didn't come to an agreement on how much or what the
8  commission would be based on.
9     Q.  Got it.  Can we take just like a ten-minute break
10 real quick?
11    A.  Yeah.
12        (Recess from 12:08 p.m. to 12:20 p.m.)
13        (Exhibit No. 9 marked.)
14 BY MS. ABEL:
15    Q.  I'm going to hand you or send you Exhibit 9.
16 Just let me know when you've had a chance to review it.
17    A.  I'm kind of skimming through it, if that's okay.
18    Q.  Yeah, that's fine.  Take your time.
19    A.  Okay.  Go ahead.
20    Q.  Do you recognize Exhibit 9?
21    A.  Yeah.
22    Q.  Okay.  And what is Exhibit 9?
23    A.  It looks like -- kind of like a court paperwork.
24 A court filing maybe.
25    Q.  Okay.  So I will represent to you that this is

| | |
|---|---|
| 1  A. Yeah, I think I was.<br>2  Q. By who?<br>3  A. Yeah. Danny told me to go home. Well, my shift<br>4  was already about to be over anyway, and he said just to<br>5  go home. Because she had just got there at, like,<br>6  10:00. I was like the 8:00 to 4:00, and she was the<br>7  10:00 to 7:00<br>8  Q. Did anyone -- did you meet with Danny to discuss<br>9  the counseling records that are in Exhibit 10?<br>10  A. The counseling records?<br>11  Q. The documents that were in Exhibit 10?<br>12  A. Yes. We were in the room together.<br>13  Q. What do you mean? Which room? Like, his office?<br>14  A. No. This was when we were in the old building,<br>15  so there was, like -- where the counters were, there was<br>16  like an office in the back, like, literally, like, right<br>17  behind. All you had to do was, like, walk through the<br>18  door and there was like an office right there, so it<br>19  was, like, in the same cubicle. Yeah.<br>20  Q. And did he sit down and talk to you about these<br>21  counseling -- this counseling record in Exhibit 10?<br>22  A. Yeah, briefly.<br>23  Q. And what all did you discuss during that meeting?<br>24  A. Well, just basically what had happened and why it<br>25  was even a problem because I told them -- with this<br>Page 74 | 1  So 19, on page three --<br>2  A. Uh-huh.<br>3  Q. -- it says, "Hernandez informed Danny Owens that<br>4  she was pregnant soon after finding out."<br>5  A. Uh-huh.<br>6  Q. I think we previously talked about this, but was<br>7  that the time we talked about prior where you met with<br>8  him in person to tell him that you were pregnant?<br>9  A. Yeah.<br>10  Q. Okay. And then 20, it says, "Hernandez also<br>11  informed Office Administrator Shelby Sumerlin."<br>12  Previously, I think you said that you told her around<br>13  the same time as Danny, or prior to telling Danny; is<br>14  that correct?<br>15  A. Yeah. Like, maybe a day or so. It was around<br>16  the same time.<br>17  Q. Okay. And then it has, "Human Resources<br>18  Representative Crystal Maldonado" -- I think that's how<br>19  you say it. I think, prior, you had said Kristen, but<br>20  is it Crystal in HR you were talking to?<br>21  A. Okay. Yeah. Uh-huh.<br>22  Q. Okay. And then Renee Mitchell. I think we've<br>23  already discussed you talked to her, I believe it was a<br>24  Wednesday or Thursday in June of 2017 on the phone.<br>25  A. It was -- yeah. They were, like, shortly right<br>Page 76 |
| 1  video that was surfacing, you know, I told them that if<br>2  they didn't stop, that I was going to let him know. And<br>3  I ended up letting him know. I said, "I'm going to let<br>4  him know that the manager is dating you," which is Alex,<br>5  and that's why she kept picking at me. And he was just,<br>6  "Okay. This is what I have to do. It's part of<br>7  policy." He's, like, "I've never had problems with you.<br>8  Just, you know, clear it up," and we never had a<br>9  situation again. I just -- I didn't let her get to me<br>10  anymore. So he kind of helped out, took, like putting<br>11  us on different counters and stuff, so it was never a<br>12  problem after that. And she ended up staying there<br>13  another, like, year or so.<br>14  Q. And, then, on the very last page -- what page is<br>15  that -- page four, is that your signature?<br>16  A. Yeah. I was upset that day. I don't even know<br>17  why I'm -- so I just kind of scribbled.<br>18  Q. All right. Let's get -- if you'll go back to<br>19  Exhibit 9, the one we were just -- the first amended<br>20  complaint.<br>21  A. Oh, okay. Give me one second.<br>22  Q. Yeah. And we might have already discussed some<br>23  of this, but -- and if we have, let me know, but I just<br>24  want to make sure to know all the factual allegations<br>25  and claims that you have in this lawsuit.<br>Page 75 | 1  after each other. Like, one by one.<br>2  Q. Okay. So 21 says, "In or around late May 2017,<br>3  Hernandez discussed her options with Crystal" -- I'm<br>4  just going to say Crystal -- "in HR." What options did<br>5  you discuss with Crystal?<br>6  A. Just, like, you know, was I going to be punished,<br>7  you know, for being pregnant, and I was telling her that<br>8  I was getting sick, you know. And, you know, she was,<br>9  like, "They can't do anything. Don't worry. You're<br>10  basically overthinking it. You'll be fine" type of<br>11  thing, and then she told me, like, I get maternity leave<br>12  benefits that come with being pregnant, I guess, that's<br>13  with the company. She discussed, like, maternity leave,<br>14  and that was -- it was, like, very brief with her.<br>15  Q. Okay. So, then, going down to 25, it says, "On<br>16  or about June 6, 2018, Hernandez contacted Danny Owens<br>17  to let him know that she was severely ill and could not<br>18  stop throwing up." How did you contact Danny Owens on<br>19  that day? Was it via telephone?<br>20  A. I know so, yeah.<br>21  Q. And what all did you discuss on that telephone<br>22  call with Danny Owens?<br>23  A. Just exactly that. I was just sick, and he was<br>24  just, like, okay. Like, he never really said, like, you<br>25  have to come in. He just would be, like, "Well, can you<br>Page 77 |

### Page 78

1  make it?" I would be, like, "Yeah. Just give me some
2  time," you know, or stuff like that. But he would never
3  be, like, "You have to be here." He would just say, you
4  know, "Are you okay? Are you going to be able to make
5  it" and things like that. It was always very brief.
6      Q. And then the next one, it says, "On or about June
7  6, 2017, Hernandez also called the owner of Defendant,
8  Monty Merrill, to let him know that she was severely ill
9  and could not stop throwing up." Can you -- do you see
10 where it says that?
11     A. Yeah.
12     Q. Okay. Is that a correct statement?
13     A. Yes.
14     Q. Tell me, what all did you discuss with Monty?
15     A. That was the day when I had asked for options on,
16 like, what I could do. Like, you know, what can I do
17 for the company because, you know, I didn't want to make
18 him upset or make him feel like, you know, he couldn't
19 count on me because I could get it done, you know. It
20 was just I needed some time, you know, or things like
21 that.
22     Q. So is this the same conversation, I think we
23 talked about, where you asked if you could work from
24 home --
25     A. Yeah.

### Page 79

1      Q. -- and the hourly?
2         Okay. If you'll go to the next page. Actually,
3  no, stay on -- 27, the bottom of page three where it
4  says, "Hernandez asked Monty if she could work from
5  home, adjust her work schedule or work hourly." What do
6  you mean by adjust your work schedule?
7      A. Like, going in, like, part-time or, like, coming
8  in just, like, certain days. Like, I could work from
9  home, like, three days, two days and then I could come
10 to work three days. Like, something like that.
11     Q. Okay. Then on page four at the top, 28, it says,
12 "Merrill refused her request."
13     A. Yes.
14     Q. And when you say "request," are you referring to
15 the work from home, adjust your work schedule or work
16 hourly?
17     A. Yes. He was just, like, "Oh" -- well, when I was
18 saying things, he was just, like, kind of quiet. He was
19 like, "Nay." Like, "No, that's not going to work." He
20 would be, like, "We'll figure it out. We'll talk soon."
21 That's all it was.
22     Q. So did he ever, during that conversation on June
23 6, 2017, say, "No, I'm not going to allow you to work
24 from home"?
25     A. He just said no. When I had asked, he said no.

### Page 80

1      Q. Did he -- on that conversation in June 6 of 2017,
2  did he -- Mr. Merrill ever say, "No, I will not adjust
3  your work schedule"?
4      A. He just said no.
5      Q. And when he just said no, was it just a general
6  no as to, you know, all of the work from home, adjust
7  your work schedule or work hourly?
8      A. Yeah. Like, when I would ask, I was, like,
9  "Well, can I work from home," he was, like, "No." I
10 said, "Or maybe you can switch me to, like, hourly to --
11 I mean, from salary to hourly or" -- and then I said,
12 "Or, you know, I can just come a couple of days or, you
13 know, you could just pay me while I'm here," and he was,
14 like, "No." And then he was just kind of quiet, like --
15 I said, "Well, is there anything, you know, that we can
16 do? Like, I can do it, you know," and he was just,
17 like, "We'll talk later," and that's all the
18 conversation was.
19     Q. Okay. And then going to 32, it says, "Hernandez
20 had one or more physical conditions that substantially
21 limited one or more of her major life activities." What
22 physical conditions were you suffering from on June 8 --
23 we can just say June of 2017?
24     A. Like, that's when I was diagnosed with the -- I
25 don't know how to pronounce it, either. Hyperemesis or

### Page 81

1  something.
2      Q. Yeah. It's better than I can say it. Yeah.
3      A. That's when I was diagnosed with that, and then
4  just being just physically out of commission.
5      Q. And then -- so 33, it says June 9 of 2017, you
6  contacted Renee Mitchell. Is that a correct statement?
7      A. Yes.
8      Q. And what all did you discuss with Ms. Mitchell on
9  that phone call?
10     A. That I had just got out of the hospital. They
11 excused me the next couple of days, and that I won't be
12 in. And I told her what the hyperemesis was, and all
13 she said was okay.
14     Q. Okay.
15     A. She didn't know what it meant either, and I think
16 I had to explain it to her, too. But she was just,
17 like, okay.
18     Q. Did she ask for a doctor's note or anything like
19 that?
20     A. She didn't ask for one, but I sent her the
21 doctor's note anyway.
22     Q. Okay.
23     A. They never asked for one, but I always gave it to
24 them.
25     Q. So on 35, it says -- on page four, it says,

```
 1           CHANGES AND SIGNATURE
 2   WITNESS NAME: STEPHANIE HERNANDEZ
 3   DATE OF DEPOSITION: 11-13-20
 4   PAGE   LINE    CHANGE              REASON
 5   _____
 6   _____
 7   _____
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
25   Job No. TX4316543
                                              Page 110
```

```
 1        I, STEPHANIE HERNANDEZ, have read the foregoing
 2   deposition and hereby affix my signature that same is
 3   true and correct, except as noted above.
 4
 5
 6         _____
            STEPHANIE HERNANDEZ
 7
 8   THE STATE OF TEXAS)
 9   COUNTY OF _____)
10       Before me, _____, on this
11   day personally appeared STEPHANIE HERNANDEZ, known to me
12   (or proved to me under oath or through
13   _____) (description of identity card or
14   other document) to be the person whose name is
15   subscribed to the foregoing instrument and acknowledged
16   to me that they executed the same for the purposes and
17   consideration therein expressed.
18       Given under my hand and seal of office this
19   _____ day of _____, 2020.
20
21         _____
            Notary Public in and for
22          The State of Texas
23
24
25
                                              Page 111
```

```
 1             IN THE UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF TEXAS
 2                      AUSTIN DIVISION
 3   STEPHANIE HERNANDEZ,     }
           Plaintiff,    }
 4                       }
     VS.                 }   Civil Action No.
 5                       }   1:18-CV-00319-RP
     CLEARWATER TRANSPORTATION, }
 6   LTD,                }
           Defendant.    }
 7
                     REPORTER'S CERTIFICATION
 8
 9   THE STATE OF TEXAS:
     COUNTY OF _____:
10
11      I, Tracie L. Carbajal, a Certified Shorthand Reporter
12   in and for the State of Texas, hereby certify to the
13   following:
14      That the witness, STEPHANIE HERNANDEZ, was duly sworn
15   by the officer and that the transcript of the oral
16   deposition is a true record of the testimony given by
17   the witness;
18      That the original transcript was submitted on
19   _____, 2020, to the attorney Austin
20   Kaplan, for examination and signature, and return to
21   Alise N. Abel by _____, 2020;
22      That the amount of time used by each party at the
23   deposition is as follows:
24       Austin Kaplan - 00 Hours: 06 Minutes
         Alise N. Abel - 02 Hours: 44 Minutes
25
                                              Page 112
```

```
 1      I further certify that I am neither counsel for,
 2   related to, nor employed by any of the parties in the
 3   action in which this proceeding was taken, and further
 4   that I am not financially or otherwise interested in the
 5   outcome of the action.
 6      GIVEN UNDER MY HAND AND SEAL OF OFFICE, on this
 7   1st day of December, 2020.
 8
 9         Tracie L. Carbajal, Texas CSR 2885
10         Veritext
           4295 San Felipe Street, Suite 125
11         Houston, Texas 77027
           Telephone: (713) 583-9191
                                              Page 113
```