# Exhibit "4"

**Stephanie Hernandez**


MMS
8:32 AM

Ok, do gameplan from qta mgmt office of down here asap please
8:33 AM

Tuesday, June 6, 2017

Rene posted on details tomorrow

Hey Danny Ima head home I'm vommitting a lot and causing me to have sharp pains I'll see the specialist tomorrow I let monte and Rene know already .. I'll keep
2:57 PM

Monday, June 12, 2017

I'm on the side of the toll had to pull over
8:30 AM

Enter message

CLEARWATER/HERNANDEZ 000003

  

**Stephanie Hernandez**

Tuesday, May 23, 2017




MMS
9:46 AM



They have me on fluids now I'll keep you posted

8:56 PM




Enter message



CLEARWATER/HERNANDEZ 000004



MMS
9:46 AM

They have me on fluids now I'll keep you posted
8:56 PM



Danny I got into the ER try a see why I haven't been getting better
MMS
8:58 PM

Wednesday, May 24, 2017

CLEARWATER/HERNANDEZ 000005

**Stephanie Hernandez**



Danny I got into the ER try a see why I haven't been getting better
MMS 8:58 PM

Wednesday, May 24, 2017

I just saw your messege. Everything ok?
6:58 AM

Hey Danny just got up .. I had to get 4 bags of fluid pump in me super dehydrated I go see a specialist June 8th for a possible stomach cancer
8:46 AM

I had that started when I was 17 and they did a little surgery where they went in with a. Camera and scraped it out but we will see this time I have a doctors

note will be in tomorrow tho just feel exhausted
8:47 AM

Enter message

CLEARWATER/HERNANDEZ 000006

**Stephanie Hernandez**

> in me super dehydrated I go see a specialist June 8th for a possible stomach cancer — 8:46 AM

> I had that started when I was 17 and they did a little surgery where they went in with a. Camera and scraped it out but we will see this time I have a doctors

> note will be in tomorrow tho just feel exhausted — 8:47 AM

> Sorry to hear and i hope you get to feeling better. — 9:50 AM

— Thursday, May 25, 2017 —

> Hey are you here? — 8:20 AM

> Ya

> What's up — 8:23 AM

> Didnt see you here a few minutes ago, i have traye working in gameplan. — 8:24 AM

CLEARWATER/HERNANDEZ 000007

**Stephanie Hernandez**

**CTL:** Ok

**CTL:** I was outside helpin Salina with a damage looks like someone tried to breAk into a car — 8:25 AM

Oh ok. Revirw camera footage if you can. — 8:26 AM

**CTL:** It was a return — 8:27 AM

Ok make sure she fills out damage report — 8:27 AM

*Friday, May 26, 2017*

I will be in the office after 9 this morning — 7:26 AM

*Monday, May 29, 2017*

**CTL:** He Danny going to be in little after 8 can't drop go off to the sitter til after 8 but will stay later too .. no school today — 7:19 AM

K

CLEARWATER/HERNANDEZ 000008

**Stephanie Hernandez**

> **Are you here?** — 8:38 AM

**CTL:** On the way — 8:43 AM

> **Need you to put out gameplan** — 9:21 AM

> **Trim hours on the counter today where we can** — 10:44 AM

**CTL:** Ok — 11:19 AM

**CTL:** One of The resumes you sent over Lauren and she works for enterprise I have an interview set up for her on Thursday at 3 o'clock she goes to school during the day until 130 so that should work out perfectly

**CTL:** She also has experience in car sales so I'm hoping she works out — 12:05 PM

> Sounds good

CLEARWATER/HERNANDEZ 000009

  

**Stephanie Hernandez**

during the

day until 130 so that should work out perfectly

She also has experience in car sales so I'm hoping she works out

12:05 PM

12:27 PM  Sounds good

--- Tuesday, May 30, 2017 ---



Hey Danny just a reminder I got a doctors appointment tomorrow for my check up on my situation

7:49 PM

Ok are you coming in at all or not coming in?

7:51 PM



I will try going to see what they say I've been getting super sick so going to see if they can get me on a IV with some fluids I'll txt you as soon as I'm done

with that appointment to keep you posted

8:00 PM

 Enter message



CLEARWATER/HERNANDEZ 000010

**Stephanie Hernandez**

say I've been getting super sick so going to see if they can get me on a IV with some fluids I'll txt you as soon as I'm done

with that appointment to keep you posted

8:00 PM

Wednesday, May 31, 2017

Have ypu heard anything from ed or henry. Both have not shown up

8:33 AM

Henry

Ty

Today 7:23 AM

Good morning Stephanie I just needed to give you a quick call to let you know that I may not make it in till later today my godson was throwing up all last night woke up this morning and nothing has gotten better I am packing him up right now to take him to the ER with me there in Kyle.

Sorry about the inconvenience my wife said she can be off by lunch and I can make it in at 12/1 if you need me to just let me know please thank you again sorry about the headache

Please text me you received message. Thank you

MMS
10:14 AM

CLEARWATER/HERNANDEZ 000011

**Stephanie Hernandez**

message. Thank you — 10:14 AM

**Nothing from ed** 10:15 AM

Ok thank you, ed was late but here. 10:17 AM

**Ok** 10:18 AM

Have some problems one of the baby's isn't growing well and the heart beat is slow I go referred to a specialist baby might not make it or possibly Down syndrome it's a lot to take in right now I have some medicine they prescribed but I won't. Be in today 12:35 PM

Ok, so sorry to hear. 12:45 PM

Monday, June 5, 2017

My computer is spazzing out I restarted twice 8:32 AM

Enter message

CLEARWATER/HERNANDEZ 000012