# Exhibit "6"

# Layoff Letter






Clearwater Transportation, Ltd.
Licensee
6013 Fountainwood, Bldg. A
San Antonio, TX 78233
(210) 541-6700

To:
Stephanie Hernandez
470 Fairfield Dr.
Kyle, Texas 78640

Dear Stephanie,

It is with deep regret that I must inform you that effective Today (6/12/2017), your position with Clearwater Transportation LTD. is terminated. As you are aware the company has experienced a significant downturn in business the last 6 months. While we have cut costs in other areas, it is not enough to sustain the business. As a result, we are forced to reduce workforce at the management level and have eliminated the sales manager position.

Per protocol the most recent position filled and that had the least impact on operations was selected. You are a very talented sales person and trainer, I am confident that you will find a position soon. Please keep us up to date with your contact information, should business rebound and a sales manager position open we would extend consideration to you and you could re-apply.

To help you through this transition stage, you will receive 2 weeks of severance pay for every year of service to the company. In your case, you have 3 years' service which means you will receive 6 weeks' severance pay totaling $5,769.23 less applicable withholdings and will be paid on your final paycheck. Your acceptance of the severance pay waives your right to any additional compensation. As of today, you have 5 accrued and unused vacation days. You will be paid for these days on your final paycheck. If applicable you will receive information on your COBRA eligibility by mail within the next 2 weeks.

I am happy to provide to you a letter of recommendation if needed. Stephanie, I have enjoyed working with you. I hope you will keep in touch in the future. Please call me if you have any questions.

Accepted: *[signature: Stephanie Hernandez]*

Sincerely,

*[signature: Danny Owens]*

Danny Owens
City Manager
512-659-3876 - Cell
512-530-2283 – Work

CLEARWATER/HERNANDEZ 000159