UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STEPHANIE HERNANDEZ, § | |
| Plaintiff, § | CIVIL ACTION NO. 1:18-CV-319-RP |
| § | |
| v. § | JURY TRIAL DEMANDED |
| § | |
| CLEARWATER TRANSPORTATION, § | |
| LTD., § | |
| Defendant. § | |

## PLAINTIFF'S NOTICE OF PRE-TRIAL FILINGS

Pursuant to Western District of Texas Local Rule CV-16(e), the Court's standing Pretrial Order, Plaintiff attaches the following pre-trial filings:

EXHIBIT 1   Plaintiff's Statement of the Case;

EXHIBIT 2   Plaintiff's Proposed Jury Instructions;

EXHIBIT 3   Plaintiff's Proposed Voir Dire Questions;

EXHIBIT 4   Plaintiff's Proposed Stipulated Facts;

EXHIBIT 5   Plaintiff's Proposed Estimated Length of Trial;

EXHIBIT 6   Plaintiff's Exhibit List;

EXHIBIT 7   Plaintiff's Witness List;

EXHIBIT 8   Plaintiff's Deposition Designations;

EXHIBIT 9   Plaintiff's Motions in Limine; and

EXHIBIT 10   Proposed Order on Motion in Limine.

[*Signature page follows*]

          Respectfully Submitted,

          */s/ Austin Kaplan*
          Austin Kaplan
          State Bar No. 24072176
          akaplan@kaplanlawatx.com
          Matthew "Maff" Caponi
          State Bar No. 24109154
          mcaponi@kaplanlawatx.com
          Ryan Estes
          State Bar No. 24120586
          restes@kaplanlawatx.com
          KAPLAN LAW FIRM, PLLC
          406 Sterzing St.
          Austin, Texas 78704
          PH: 512.553.9390
          FX: 512.692.2788

          **COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of February 2022, I sent a true and correct copy of the above and foregoing to all counsel of record as follows:

*Via CM/ECF*
Michael J. DePonte
State Bar No. 24001392
Michael.DePonte@jacksonlewis.com
Alise N. Abel
State Bar No. 24082596
Alise.Abel@jacksonlewis.com
JACKSON LEWIS
500 N. Akard, Suite 2500
Dallas, Texas
PH: (214) 520.2400

**COUNSEL FOR DEFENDANT**

                                                                                         Maff Caponi