# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STEPHANIE HERNANDEZ, | § | |
| Plaintiff, | § | CIVIL ACTION NO. 1:18-CV-319-RP |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| CLEARWATER TRANSPORTATION, | § | |
| LTD., | § | |
| Defendant. | § | |

## PLAINTIFF'S STATEMENT OF THE CASE

Plaintiff Stephanie Hernandez contends that Defendant Clearwater Transportation Ltd. violated her rights when they terminated her employment shortly after she informed her supervisors, including President Monty Merrill, that she was pregnant and after she requested accommodations following her hospitalization with a pregnancy-related disability called hyperemesis gravidarum. Hernandez contends that Clearwater refused to transfer her into an open role for which she was qualified and instead fired her. Title VII of the Civil Rights act of 1964, as amended by the Pregnancy Discrimination Act, provides women affected by pregnancy or childbirth shall be treated no worse than others for all employment related purposes, and the Americans with Disabilities Act provides that a qualified individual with a disability is entitled to reasonable accommodations and cannot be retaliated against for requesting reasonable accommodations. Plaintiff Hernandez claims Clearwater violated both laws, and she seeks justice for the harms and losses she suffered as a result.

Respectfully submitted,

*/s/ Matthew Caponi*
Austin Kaplan
State Bar No. 24072176
akaplan@kaplanlawatx.com

Matthew "Maff" Caponi  
State Bar No. 24109154  
mcaponi@kaplanlawatx.com  
Ryan Estes  
State Bar No. 24120586  
restes@kaplanlawatx.com  
KAPLAN LAW FIRM, PLLC  
406 Sterzing St.  
Austin, Texas 78704  
PH: 512.553.9390  
FX: 512.692.2788  

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of February 2022, I sent a true and correct copy of the above and foregoing to all counsel of record as follows:

*Via CM/ECF*
Michael J. DePonte
State Bar No. 24001392
Michael.DePonte@jacksonlewis.com
Alise N. Abel
State Bar No. 24082596
Alise.Abel@jacksonlewis.com
JACKSON LEWIS
500 N. Akard, Suite 2500
Dallas, Texas
PH: (214) 520.2400

**COUNSEL FOR DEFENDANT**

/s/ Matthew Caponi
Matthew Caponi