# EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STEPHANIE HERNANDEZ, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> CLEARWATER TRANSPORTATION, § <br> LTD. § <br> § <br> Defendant. § | CIVIL ACTION NO. 1:18-CV-319-RP |

## PLAINTIFF'S PROPOSED ESTIMATED LENGTH OF TRIAL

Pursuant to Western District of Texas Local Rule CV-16(e)(10), Plaintiff estimates that this case can be tried in three days, not including voir dire.

Respectfully submitted,

*/s/ Matthew Caponi*
Austin Kaplan
State Bar No. 24072176
akaplan@kaplanlawatx.com
Matthew "Maff" Caponi
State Bar No. 24109154
mcaponi@kaplanlawatx.com
Ryan Estes
State Bar No. 24120586
restes@kaplanlawatx.com
KAPLAN LAW FIRM, PLLC
406 Sterzing St.
Austin, Texas 78704
PH: 512.553.9390
FX: 512.692.2788

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

       I hereby certify that on this 25th day of February 2022, I sent a true and correct copy of the above and foregoing to all counsel of record as follows:

*Via CM/ECF*
Michael J. DePonte
State Bar No. 24001392
Michael.DePonte@jacksonlewis.com
Alise N. Abel
State Bar No. 24082596
Alise.Abel@jacksonlewis.com
JACKSON LEWIS
500 N. Akard, Suite 2500
Dallas, Texas
PH: (214) 520.2400

**COUNSEL FOR DEFENDANT**

                                                   Maff Caponi