# EXHIBIT 6

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| STEPHANIE HERNANDEZ, | § | |
|---|---|---|
| Plaintiff, | § | CIVIL ACTION NO. 1:18-CV-319-RP |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| CLEARWATER TRANSPORTATION, LTD., | § | |
| Defendant. | § | |

## PLAINTIFF'S EXHIBIT LIST

NOW COMES Plaintiff Stephanie Hernandez who hereby submits to opposing counsel her proposed Exhibit List by agreement. Plaintiff reserves the right to amend or supplement this list pursuant to Local Rule CV-16(e). Plaintiff would show as follows:

**I.   A LIST OF ALL EXHIBITS EXPECTED TO BE OFFERED**

**A.   Plaintiff expects to offer all exhibits listed below:**

| Exhibit | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM |
|---|---|---|---|---|---|
| P-1 | CTA Job Description-Sales Agent (CLEARWATER/HERNANDEZ 000106-110) | | | | |
| P-2 | CTL Job Description-Sales Coach (CLEARWATER/HERNANDEZ 000079) | | | | |
| P-3 | CTL Employee Handbook (CLEARWATER/HERNANDEZ 000013-78) | | | | |
| P-4 | CTL-Hernandez Promotion Form_Redacted - 2017.01.11 (CLEARWATER/HERNANDEZ 000151) | | | | |
| P-5 | Hernandez April-May Leave Requests - 2017.04.25 (CLEARWATER/HERNANDEZ 000124-125) | | | | |
| P-6 | Hernandez Commission Comparison (HERNANDEZ 000082-92) | | | | |
| P-7 | Email Owens to Maldonado - 2017.05.23 (CLEARWATER/HERNANDEZ 000173-174) | | | | |
| P-8 | Owens Memo Re Hernandez Dismissal - 2018.05.23 (CLEARWATER/HERNANDEZ 000002) | | | | |

| Exhibit | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM |
|---|---|---|---|---|---|
| P-9 | CTL-Hernandez Signed Layoff Letter (CLEARWATER/HERNANDEZ 000159) | | | | |
| P-10 | CTL-Hernandez Unsigned Layoff Letter (HERNANDEZ 000068) | | | | |
| P-11 | CTL-Hernandez Termination Form - 2017.06.12 (CLEARWATER/HERNANDEZ 000163) | | | | |
| P-12 | ADP Record of Termination - 2017.06.12 (CLEARWATER/HERNANDEZ 000164) | | | | |
| P-13 | Texts Messages Owens-Hernandez_Redacted - 2017.05.23-06.12 (CLEARWATER/HERNANDEZ 000003-12) | | | | |
| P-14 | Text Messages Hernandez-S. Work (HERNANDEZ 000096-105) | | | | |
| P-15 | Owens Memo Re Hernandez Dismissal - 2017.06.12 (CLEARWATER/HERNANDEZ 000185) | | | | |
| P-16 | CTL-Zuniga Promotion Form - 2017.06.20 (CLEARWATER/HERNANDEZ 000177-179) | | | | |
| P-17 | Owens Memo Re Zuniga Responsibilities - 2017.06.20 (CLEARWATER/HERNANDEZ 000180-181) | | | | |
| P-18 | CTL-Hernandez Unsigned Severance Agreement (CLEARWATER/HERNANDEZ 000160-162) | | | | |
| P-19 | CTL-Hernandez Severance Check - 2017.06.19 (CLEARWATER/HERNANDEZ 000169) | | | | |
| P-20 | CTL Job Postings (HERNANDEZ 000055-59) | | | | |
| P-21 | Defendant's Answer | | | | |
| P-22 | Ex. 5 - Plaintiff's Interrogatories and Dec. of Verif. | | | | |
| P-23 | Ex. 7 - Defendant's Interrogatories | | | | |
| P-24 | Hernandez 2014 W-2 (CLEARWATER/HERNANDEZ 000119) | | | | |
| P-25 | Hernandez 2015 W-2 (CLEARWATER/HERNANDEZ 000120) | | | | |
| P-26 | Hernandez 2016 W-2 (CLEARWATER/HERNANDEZ 000121) | | | | |
| P-27 | Hernandez 2017 W-2 (CLEARWATER/HERNANDEZ 000122) | | | | |
| P-28 | Hernandez 2018 Form 1040 (HERNANDEZ 000700-710) | | | | |
| P-29 | Hernandez 2019 Form 1040 (HERNANDEZ 000711-720) | | | | |
| P-30 | EEOC Charge of Discrimination (HERNANDEZ 000002-3) | | | | |

**PLAINTIFF'S EXHIBIT LIST**  Page **2** of **4**

| Exhibit | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM |
|---|---|---|---|---|---|
| P-31 | Notice of Right to Sue (HERNANDEZ 000019) | | | | |
| P-32 | Hernandez Indeed Job Application Records (HERNANDEZ 000109-111) | | | | |
| P-33 | Photos of Hernandez Receiving Medical Treatment (HERNANDEZ 000195-196) | | | | |
| P-34 | Texas Perinatal Group Return to Work Note 2017.06.07 (HERNANDEZ 000209) | | | | |
| P-35 | Seton Medical Center Excuse from Work Note 2017.06.08 (HERNANDEZ 000197) | | | | |
| P-36 | Demonstrative Exhibits to be determined | | | | |
| P-37 | | | | | |
| P-38 | | | | | |
| P-39 | | | | | |
| P-40 | | | | | |
| P-41 | | | | | |
| P-42 | | | | | |
| P-43 | | | | | |

Plaintiff's list also expressly includes all exhibits Defendants designate on their exhibit list. Plaintiff reserves the right to modify this list as further information becomes available.

Respectfully Submitted,

*/s/ Austin Kaplan*
Austin Kaplan
State Bar No. 24072176
akaplan@kaplanlawatx.com
Matthew "Maff" Caponi
State Bar No. 24109154
mcaponi@kaplanlawatx.com
Ryan Estes
State Bar No. 24120586
restes@kaplanlawatx.com
KAPLAN LAW FIRM, PLLC
406 Sterzing St.
Austin, Texas 78704
PH: 512.553.9390
FX: 512.692.2788

**COUNSEL FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of February 2022, I sent a true and correct copy of the above and foregoing to all counsel of record as follows:

*Via CM/ECF*
Michael J. DePonte
State Bar No. 24001392
Michael.DePonte@jacksonlewis.com
Alise N. Abel
State Bar No. 24082596
Alise.Abel@jacksonlewis.com
JACKSON LEWIS
500 N. Akard, Suite 2500
Dallas, Texas
PH: (214) 520.2400

**COUNSEL FOR DEFENDANT**

                                                            Maff Caponi