# EXHIBIT 7

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STEPHANIE HERNANDEZ, § | |
| Plaintiff, § | CIVIL ACTION NO. 1:18-CV-319-RP |
| § | |
| v. § | JURY TRIAL DEMANDED |
| § | |
| CLEARWATER TRANSPORTATION, § | |
| LTD., § | |
| Defendant. § | |

## PLAINTIFF'S WITNESS LIST

Pursuant to Western District of Texas Local Rule CV-16(e)(5), agreement of the parties and the Court's Pretrial Order, Plaintiff identifies the following witnesses for trial:

**Witnesses Plaintiff currently expects to present in order of presentation:**

| # | WITNESS | EST. TIME |
|---|---|---|
| 1. | Stephanie Hernandez | 2.5 hours |
| 2. | Juan Garcia | .5 hours |
| 3. | Monty Merrill | 1.5 hours |
| 4. | 30(b)(6) | .25 hours |
| 5. | | |

**Plaintiff identifies the following as witnesses she may call if the need arises:**

| # | WITNESS | EST. TIME |
|---|---|---|
| 6. | Traye Zuniga | .5 hours |
| 7. | Crystal Maldonado | .5 hours |
| 8. | Danny Owens | 1.0 hours |
| 9. | Renee Mitchell | .5 hours |
| 10. | Shelby Sumerlin | .5 hours |
| 11. | Edward Kearney | .5 hours |
| 12. | Rashida (last name unknown) | .5 hours |
| 13. | Any witness designated by Defendant | |

Respectfully Submitted,

*/s/ Austin Kaplan*
Austin Kaplan
State Bar No. 24072176
akaplan@kaplanlawatx.com
Matthew "Maff" Caponi
State Bar No. 24109154
mcaponi@kaplanlawatx.com
Ryan Estes
State Bar No. 24120586
restes@kaplanlawatx.com
KAPLAN LAW FIRM, PLLC
406 Sterzing St.
Austin, Texas 78704
PH: 512.553.9390
FX: 512.692.2788

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February 2022, I sent a true and correct copy of the above and foregoing to all counsel of record as follows:

*Via CM/ECF*
Michael J. DePonte
State Bar No. 24001392
Michael.DePonte@jacksonlewis.com
Alise N. Abel
State Bar No. 24082596
Alise.Abel@jacksonlewis.com
JACKSON LEWIS
500 N. Akard, Suite 2500
Dallas, Texas
PH: (214) 520.2400

**COUNSEL FOR DEFENDANT**

Maff Caponi