# EXHIBIT 8

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STEPHANIE HERNANDEZ, § | |
| Plaintiff, § | CIVIL ACTION NO. 1:18-CV-319-RP |
| § | |
| v. § | JURY TRIAL DEMANDED |
| § | |
| CLEARWATER TRANSPORTATION, § | |
| LTD., § | |
| Defendant. § | |

## PLAINTIFF'S DEPOSITION DESIGNATIONS

Pursuant to Western District of Texas Local Rule CV-16(e)(6), Plaintiff identifies the following list of page and line references for all deposition testimony to be offered:

| WITNESS | PAGE:LINE |
|---|---|
| 30(b)6 Corporate Representative Monty Merrill | 10:19-11:25; 20:21-21:23; 22:6-24:25; 28:15-22; 29:15-30:1; 32:7-35:2; 36:12-20; 39:16-40:14; 40:15-49:5; 51:7-52:10; 55:16-56:12. |

Plaintiff has placed all deposed defense witnesses on its Will Call witness list and intends to question them via either live or video deposition testimony at trial. Plaintiff designates their entire depositions to be used only for impeachment as necessary.

Respectfully Submitted,

*/s/ Austin Kaplan*
Austin Kaplan
State Bar No. 24072176
akaplan@kaplanlawatx.com

**PLAINTIFF'S DEPOSITION DESIGNATIONS**                                                     Page **1** of 3

Matthew "Maff" Caponi
State Bar No. 24109154
mcaponi@kaplanlawatx.com
Ryan Estes
State Bar No. 24120586
restes@kaplanlawatx.com
KAPLAN LAW FIRM, PLLC
406 Sterzing St.
Austin, Texas 78704
PH: 512.553.9390
FX: 512.692.2788

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of February 2022, I sent a true and correct copy of the above and foregoing to all counsel of record as follows:

*Via CM/ECF*
Michael J. DePonte
State Bar No. 24001392
Michael.DePonte@jacksonlewis.com
Alise N. Abel
State Bar No. 24082596
Alise.Abel@jacksonlewis.com
JACKSON LEWIS
500 N. Akard, Suite 2500
Dallas, Texas
PH: (214) 520.2400

**COUNSEL FOR DEFENDANT**

Maff Caponi