# EXHIBIT 10

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STEPHANIE HERNANDEZ,<br>Plaintiff,<br><br>v.<br><br>CLEARWATER TRANSPORTATION,<br>LTD.,<br>Defendant. | §<br>§   CIVIL ACTION NO. 1:18-CV-319-RP<br>§<br>§<br>§   JURY TRIAL DEMANDED<br>§<br>§<br>§<br>§<br>§ |

## **ORDER ON PLAINTIFF'S MOTIONS IN LIMINE**

On this date, the Court considered Plaintiff Stephanie Hernandez's Motions in Limine. After considering the Motions and all other submissions and arguments related to this matter, this Court hereby GRANTS Plaintiff Stephanie Hernandez's Motions in Limine as follows:

Motion No. 1:	Agreed_____	Granted_____	Denied_____

Motion No. 2:	Agreed_____	Granted_____	Denied_____

Motion No. 3:	Agreed_____	Granted_____	Denied_____

Motion No. 4:	Agreed_____	Granted_____	Denied_____

SIGNED this ___ day of _____, 2022.

_____
ROBERT PITMAN
U.S. DISTRICT JUDGE